F.#2010R01302 / OCDETF# NYNYE643

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | U N S E A L I N G  O R D E R |
| - against - | |
| RAMIL CUSTODIO, also known as "Lento," | 10-CR-531 (BMC) |
| Defendant. | |

- - - - - - - - - - - - - - - - -X

Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Gina M. Parlovecchio for an order unsealing the redacted indictment and arrest warrants as to the defendants listed above in Criminal Docket No. 10 CR 531.

WHEREFORE, it is ordered that the redacted indictment and arrest warrants in the above-captioned matter be unsealed as to the defendants listed above.

Dated:  Brooklyn, New York
        October 7, 2010

                                    s/Andrew L. Carter, Jr.
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
                                    EASTERN DISTRICT OF NEW YORK