AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES | ) |
| *Plaintiff* | ) |
| v. | )  Case No.  10 CR. 531 (BMC) |
| RAMIL CUSTODIO | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RAMIL CUSTODIO

Date: 12/17/2010

*Attorney's signature*

LAWRENCE F. RUGGIERO   3240
*Printed name and bar number*

167 EAST 61ST STREET, STE 17E
NEW YORK, NEW YORK 10065

*Address*

LAWRUGGIERO@MINDSPRING.COM
*E-mail address*

(212) 406-2910
*Telephone number*

(212) 759-4463
*FAX number*